## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| E.O., by and through his parent AMARILYS ORTIZ,<br>         Plaintiff,<br><br>v.<br><br>SCHOOL BOARD OF HILLSBOROUGH COUNTY and JAMILA MALIVA,<br>         Defendants. | Case No. 8:24-cv-01888-TPB-AEP |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice against all the defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 30, 2024

*Sean White*
Sean White
Florida Bar No. 1044113
Panther Law, P.A.
710 Oakfield Drive, Suite 127
Brandon, FL 33511
Telephone: (813) 425-4373
seanw@pantherlawfl.com
*Attorney for Plaintiff*

**Phillip J. Harris**
Florida Bar No.: 44107
Phillip.harris@akerman.com
Nicole.emmett@akerman.com
**Emily C. Ayvazian**
Florida Bar No.: 1005563
Emily.ayvazian@akerman.com
Ava.hill@akerman.com
AKERMAN LLP
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
*Attorneys for Defendant*